**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS  DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAMMIE MARIE PARISIAN,<br><br>Defendant. | CR 13-102-BLG-SEH-02<br><br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11.  See ECF 31 at 6.  Defendant stated at the hearing that she no longer wishes to change her plea in accordance with the Plea Agreement.  Accordingly, IT IS RECOMMENDED that Defendant's motion to change plea (*ECF 23*) be DENIED.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 12th day of December, 2013.

/s/ Carolyn S. Ostby
United States Magistrate Judge