FILED
DEC 30 2013
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-102-BLG-SPW-02 |
| Plaintiff, | |
| vs. | DENIAL OF DEFENDANT'S MOTION |
| TAMMIE MARIE PARISIAN, | TO CHANGE PLEA |
| Defendant. | |

In accordance with the Findings and Recommendations of the United States Magistrate Carolyn S. Ostby, to which there has been no objection, Defendant Tammie Parisian's motion to change plea is **DENIED**. A new trial date will be issued in a separate order.

DATED this 30th day of December, 2013.

*Susan P. Watters*
Susan P. Watters
United States District Judge